AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Redfawn Fallis,<br>a/k/a Redfawn Janis,<br>a/k/a Redfawn X. Martin<br><br>*Defendant(s)* | Case No.  1:16-mj-359 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2016__ in the county of __Morton__ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Derek J. Hill.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek J. Hill, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/09/2016

_____
*Judge's signature*

City and state: Bismarck, N.D.

Charles S. Miller, Jr. U.S. Magistrate Judge
*Printed name and title*