# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | Case No. 1-16-mj-359 |
| Redfawn Fallis, | ) ) | |
| Defendant. | ) | |

On December 12, 2016, the court held a preliminary hearing on the complaint filed in the above-captioned case. (Docket No. 1). David Hagler represented the United States. Christopher Bellmore represented the Defendant. During the hearing, the United States presented testimony from agent Derek Hill, who described the situation giving rise to charge set forth in the complaint, and a video recording of the same situation. The Defendant did not offer any evidence or testimony.

After consideration, the court **FINDS** probable cause exists to believe the Defendant committed the charged crime. The Defendant is bound over pending further proceedings.

**IT IS SO ORDERED.**

Dated this 12th December, 2016.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court